1

NOTE: CHANGES MADE BY THE COURT

2

3

4

5

6

7
**UNITED STATES DISTRICT COURT**
8
**CENTRAL DISTRICT OF CALIFORNIA**

9
TAMMY G. FEDERMAN,
10
Derivatively on Behalf of
AMERICAN APPAREL, INC.
11
      Plaintiff,
12
   vs.
13
DOV CHARNEY, ALBERTO
14
CHEHEBAR, DAVID DANZIGER,
ROBERT GREENE, MARVIN
IGELMAN, WILLIAM MAUER,
15
and ALLAN MAYER
16
      Defendants,
17
   -and-
18
AMERICAN APPAREL, INC., a
19
Delaware Corporation
20
      <u>Nominal Defendant.</u>

CHARLES RENDELMAN,
21
Derivatively on Behalf of
22
AMERICAN APPAREL, INC.
23
      Plaintiff,
24
   vs.
25
26
DOV CHARNEY, ALBERTO
CHEHEBAR, DAVID DANZIGER,
27
ROBERT GREENE, MARVIN
IGELMAN, WILLIAM MAUER,
28

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Docket No.:**
**Lead Case: CV 14-5230-MWF(JEMx)**
**Member Case: CV 14-5699-MWF(JEMx)**

**ORDER CONSOLIDATING
ACTIONS, APPOINTING CO-LEAD
COUNSEL, AND RELATED
MATTERS**

AND ALLAN MAYER                    )
                                   )
              Defendants,          )
                                   )
-and-                              )
                                   )
AMERICAN APPAREL, INC.,            )
                                   )
              Nominal Defendant.   )

1    Good cause appearing from the foregoing Stipulation, it is hereby
2    ORDERED that:

3         1.    The parties' stipulation re: consolidation of related cases, appointment
4    of co-lead counsel and related matters is GRANTED.

5         2.    The following actions are hereby consolidated for all purposes,
6    including pre-trial proceedings and trial:

7    | **ABBREVIATED CASE NAME** | **CASE NUMBER** | **DATE FILED** |
8    |---|---|---|
     | *Federman v. Charney, et al.* | 2:14-CV-5230 | July 7, 2014 |
9    | *Rendelman v. Charney, et al.* | 2:14-CV-5699 | July 22, 2014 |

10        3.    Every pleading filed in the consolidated action, or in any separate
11   action included herein, shall bear the following caption:

12

13                      UNITED STATES DISTRICT COURT
14                      CENTRAL DISTRICT OF CALIFORNIA

15   IN RE AMERICAN APPAREL, INC.  )   Lead Case No.
16   2014 DERIVATIVE SHAREHOLDER )    CV 14-5230-MWF(JEMx)
17   LITIGATION                                    )
     _____ )
18                                                    )   Consolidated with Case No.
19   This Document Relates To:              )   CV 14-5699-MWF
     All Actions. _____  )
20

21        4.    The files of the consolidated action shall be maintained in one file
22   under Lead Case No. CV 14-5230-MWF(JEMx).  This Order closes Case No. CV
23   14-5699-MWF.

24        5.    This Order shall apply to each case, arising out of the same or
25   substantially the same transactions or events as these cases, which is subsequently
26   filed in, removed to, or transferred to this Court.

27        6.    When a case which properly belongs as part of *In re American*
28   *Apparel, Inc. 2014 Derivative Shareholder Litigation*, Lead Case No. CV 14-5230-

- 2 -

1    MWF(JEMx), is hereafter filed in the Court or transferred here from another court,

2    counsel shall promptly call to the attention of the clerk of the Court the filing or

3    transfer of any case which might properly be consolidated as part of *In re*

4    *American Apparel, Inc. 2014 Derivative Shareholder Litigation*, Lead Case No.

5    CV14-5230-MWF(JEMx), and counsel are to assist in assuring that counsel in

6    subsequent actions receive notice of this Order.

7        7.    Counsel for plaintiffs in the Consolidated Action ("Co-Lead

8    Counsel") are:

9                             WEISSLAW LLP
10                        Leigh A. Parker (170565)
                        1516 South Bundy Drive, Suite 309
11                          Los Angeles, CA 90025
                           Telephone: (310) 208-2800
12                         Facsimile: (310) 209-2348
13                                  and
                              David C. Katz
14                        1500 Broadway, 16th Floor
                            New York, NY 10036
15                         Telephone: (212) 682-3025
                           Facsimile: (212) 682-3010
16
17
18                                -and-
                        KAHN SWICK & FOTI, LLP
19                        Ramzi Abadou (SBN 222567)
20                     505 Montgomery Street, 10th Floor
                        San Francisco, California 94111
21                         Telephone: (415) 874-3047
                           Facsimile: (504) 455-1498
22
23                                  and
                        KAHN SWICK & FOTI, LLC
24                        Melinda A. Nicholson
25                          Michael J. Palestina
                            206 Covington St.
26                        Madisonville, LA 70447
                           Telephone: (504) 455-1400
27                         Facsimile: (504) 455-1498
28
                                  - 3 -

8.      Plaintiffs' Co-Lead Counsel shall have sole authority to speak for plaintiffs in matters regarding pre-trial procedure, trial, and settlement and shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

9.      Plaintiffs' Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs.   No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiff except through plaintiffs' Co-Lead Counsel.

10.     Plaintiffs' Co-Lead Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other direction from the Court to counsel.

11.     Defendants' counsel may rely upon all agreements made with either of plaintiffs' Co-Lead Counsel, or other duly authorized representative of plaintiffs' Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

12.     Defendants' counsel have agreed to accept service on behalf of all Defendants (except for Individual Defendant Alberto Chehebar) not already served.

13.     Defendants do not waive any rights and expressly reserve the right to assert any defenses that they or any of them individually may have to this action or any other related action.

14.     Plaintiffs shall, forty-five (45) days after entry of this Order, either (a) designate the *Federman* or *Rendelman* complaint as operative or (b) file a consolidated complaint.  If a consolidated complaint is filed, the complaint shall be the operative complaint and shall supersede all complaints filed in any of the actions consolidated herein.

15.    Defendants will answer, move against, or otherwise respond to the operative complaint within forty-five (45) days after Plaintiffs files a consolidated complaint or designates the *Federman* or *Rendelman* complaint as operative. Defendants shall have no obligation to answer, move against, or otherwise respond to the existing *Federman* or *Rendelman* complaints unless designated operative.

16.    If Defendants file and serve any motions directed at Plaintiffs' operative complaint, Plaintiffs shall file and serve their opposition with thirty (30) days after service of Defendants' motion.  If Defendants file and serve a reply to Plaintiffs' opposition, they will do so within thirty (15) days after service of Plaintiffs' opposition.

**IT IS SO ORDERED.**

DATED: September 24, 2014

_____
Honorable Michael W. Fitzgerald
United States District Court Judge

[PROPOSED] ORDER CONSOLIDATING ACTIONS, APPOINTING CO-LEAD COUNSEL,
AND RELATED MATTERS