UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES—GENERAL

Case No.  CV-14-05230-MWF (JEMx)        Date:  July 17, 2015
Title:    In re American Apparel, Inc. 2014 Derivative Shareholder Litigation

Present:  The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE

In response to Plaintiffs' Verified Complaint, Defendants filed three separate motions to dismiss.  (Docket Nos. 30, 33, 38).  The Court granted Defendant American Apparel's Motion to Dismiss the Verified Consolidated Amended Shareholder Complaint Based on Demand Futility Under F.R.C.P. 23.1 (the "American Apparel Motion") and dismissed Plaintiffs' Verified Complaint in its Order Granting and Denying Defendants' Motions to Dismiss.  (Docket No. 60).  The Court granted Plaintiffs leave to amend the Complaint, and required that the First Amended Verified Complaint be filed by May 4, 2015.

Plaintiffs have yet to file a First Amended Verified Complaint.  The Court finds that this failure constitutes failure to prosecute and to comply with a Court order and warrants dismissal under Federal Rule of Civil Procedure 41(b).  "In determining whether to dismiss a claim for failure to prosecute or failure to comply with a court order, the Court must weigh the following factors:  (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to defendants/respondents; (4) the availability of less drastic alternatives; and (5) the public policy favoring disposition of cases on their merits."  *Pagtalunan v. Galaza*, 291 F.3d 639, 642–43 (9th Cir. 2002); *see also Yourish v. Cal. Amplifier*, 191 F.3d 983, 989–92 (9th Cir. 1999) (explaining factors supporting dismissal with prejudice for failure to prosecute).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES—GENERAL

Case No.  CV-14-05230-MWF (JEMx)          Date:  July 17, 2015
Title:    In re American Apparel, Inc. 2014 Derivative Shareholder Litigation

    The Court concludes that the *Pagtalunan* factors weigh in favor of dismissal of this action.  Over two months have passed since the deadline for filing an amended complaint.  In that time, Plaintiffs have not attempted to contact the Court nor have they provided any explanation for their delay.  Plaintiffs' failure to act hampers expeditious resolution of the litigation, prejudices Defendants, and inhibits the Court's ability to manage its docket.

    Accordingly, the action is **DISMISSED** *without prejudice* for failure to prosecute and to comply with court rules and orders.

    This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58.  Pursuant to Local Rule 58-6, the Court **ORDERS** the Clerk to treat this order, and its entry on the docket, as an entry of judgment.

    IT IS SO ORDERED.