Leigh A. Parker (170565)
lparker@weisslawllp.com
**WEISSLAW LLP**
1516 South Bundy Drive, Suite 309
Los Angeles, CA 90025
Telephone: 310/208-2800
Facsimile:  310/209-2348

*Co-Lead Counsel for Plaintiffs*
*And Counsel for Plaintiff-Appellant Tammy G. Federman*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE AMERICAN APPAREL, INC. 2014 DERIVATIVE SHAREHOLDER LITIGATION<br><br>This Document Relates To:<br><br>All Actions. | Lead Case No. 14-CV-5230-MWF (JEMx)<br><br>Consolidated with Case No. 14-CV-5699-MWF (JEMx)<br><br>**NOTICE OF APPEAL**<br><br><br>Judge: Hon. Michael W. Fitzgerald |

Notice is hereby given that Plaintiff-Appellant Tammy G. Federman in the above-captioned case hereby appeals to the United States Court of Appeals for the Ninth Circuit from the following orders: (1) the Order Granting and Denying Defendants' Motions to Dismiss (Docket No. 60) entered on April 28, 2015; and (ii) the Judgment and Order (Docket No. 63) entered on July 17, 2015. True and correct copies of the orders cited above are attached as Exhibits 1 and 2 hereto.

Dated: August 17, 2015

**WEISSLAW LLP**
Leigh A. Parker

By: *s/ Leigh A. Parker*
    Leigh A. Parker
1516 South Bundy Drive, Suite 309
Los Angeles, CA 90025
Telephone: 310/208-2800
Facsimile: 310/209-2348
    -and-
David C. Katz (admitted *pro hac vice*)
1500 Broadway, 16th Floor
New York, NY 10036
Telephone: 212/682-3025
Facsimile: 212/682-3010

*Co-Lead Counsel for Plaintiffs and Counsel for Plaintiff-Appellant Tammy G. Federman*

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2015, I electronically filed the document listed below with the Clerk of the Court using the CM/ECF system which will send notification of such filing to electronic mail addresses registered, as denoted on the attached Electronic Mail List, and caused to be mailed a true and correct copy of the following document via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List:

**NOTICE OF APPEAL**

I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

Executed on August 17, 2015, at Los Angeles, California, 90025.


    *s/ Leigh A. Parker*
Leigh A. Parker

**Mailing Information for a Case 2:14-cv-05230-MWF-JEM
In re American Apparel, Inc. 2014 Derivative Shareholder Litigation**

Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case:

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com,dawn.hartman@ksfcounsel.com
- **Seth A Aronson**
  saronson@omm.com,LitigationCalendar@omm.com,cgouldmiller@omm.com, wpao@omm.com,jteti@omm.com
- **Travis Biffar**
  tbiffar@jonesday.com,ecfirvinenotifications@jonesday.com,nmichau@jonesday.com,kamarkwick@jonesday.com
- **Courtney L Gould**
  cgould@omm.com,mbahleda@omm.com,skemp@omm.com, cgouldmiller@omm.com
- **David C Katz**
  dkatz@weisslawllp.com,exec@weisslawllp.com
- **Eric N Landau**
  elandau@jonesday.com,afries@jonesday.com,ecfirvinenotifications@jonesday.com,dhansen@jonesday.com,nmichau@jonesday.com,kamarkwick@jonesday.com, jgutierrez@jonesday.com
- **Kevin Hugh Logan**
  klogan@jonesday.com
- **Peter Bradley Morrison**
  peter.morrison@skadden.com,carl.roth@skadden.com,alejandra.lopez@skadden.com,nandi.berglund@skadden.com,DLMLCLAC@skadden.com,douglas.smith@skadden.com,allison.holcombe@skadden.com
- **Melinda A Nicholson**
  melinda.nicholson@ksfcounsel.com,dawn.hartman@ksfcounsel.com
- **Michael J Palestina**
  michael.palestina@ksfcounsel.com
- **William K Pao**
  wpao@omm.com
- **Leigh A Parker**

lparker@weisslawllp.com
- **Jordan D Teti**
jteti@omm.com

Manual Notice List

☐ (No manual recipients)