UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 22 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: AMERICAN APPAREL, INC., 2014 Derivative Shareholder Litigation, <br><br> PETER KRAVITZ, as Trustee for and on behalf of AAI Litigation Trust,, <br><br>    Plaintiff - Appellant, <br><br> v. <br><br> DOV CHARNEY; et al., <br><br>    Defendants - Appellees. | No. 15-56258 <br><br> D.C. No. 2:14-cv-05230-MWF-JEM <br> U.S. District Court for Central California, Los Angeles <br><br> **MANDATE** |

The judgment of this Court, entered August 31, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica F. Flores Poblano
Deputy Clerk
Ninth Circuit Rule 27-7